UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

Plaintiff,

–v–

162 D & Y Corp., *et al.*,

Defendants.

19-cv-2431 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On October 18, 2019, Plaintiff submitted a letter to the Court addressing whether joinder of Defendants in this case is proper. Dkt. No. 27. Defendants have not submitted any response to this letter. If they wish to respond, they shall do so by November 25, 2019.

SO ORDERED.

Dated: November ___, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge

1