UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

                    Plaintiff,

-against-

162 D & Y Corp. et al.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/6/2020

1:19-cv-02431 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

The Telephone Conference scheduled for Monday, February 10, 2020 is adjourned until Tuesday, February 11, 2020 at 11:30 a.m. As Defendants have failed to comply with the Court's January 29, 2020 Order to respond to Plaintiff's Letter Motion (*see* ECF No. 77), Defendants are warned that unless they show good cause for failure to comply (or if they fail to appear for the scheduled conference), the Court shall compel written responses to the outstanding discovery requests. The Court will address any sanctions separately.

**SO ORDERED.**

DATED:     New York, New York
              February 6, 2020

_____
STEWART D. AARON
United States Magistrate Judge