1  BRANDON M. TESSER (SBN 168476)
       (brandon@tessergrossman.com)
2  TESSER | GROSSMAN LLP
   11990 San Vicente Boulevard, Suite 300
3  Los Angeles, California 90049
   Telephone: (310) 207-4558
4  Facsimile: (424) 256-2689

5  Attorneys for Plaintiff
   ELOHIM EPF USA, INC.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/11/2020

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br>　　　　Plaintiff,<br><br>　　　　vs.<br>162 D & Y CORP., a New York corporation d/b/a FLOWER KARAOKE; DONG HYUN HA, an individual; MANHATTAN ZILLER ZILLER, INC., a New York corporation d/b/a K2 KARAOKE; YURIND LEE, an individual; Y & P BAYSIDE CORP., A New York corporation d/b/a HAPPY KARAOKE; PHIL SOOK CHO, an individual; SING SING BELL, INC., a New York corporation d/b/a CHRISTMAS KARAOKE; JIN E AN, an individual; MUSICBOX KTV, INC., a New York corporation d/b/a MUSICBOX K-TV; ANTHONY KIM, an individual; M & S MUSIC STUDIO, INC., a New York corporation d/b/a GA GOP A KARAOKE; HYE KYUNG HAN, an individual; SS NOBLESSE HOUSE, INC., a New York corporation d/b/a NOBLESSE HOUSE; YINGHUA HUANG, an individual; PLACE OF HAPPY & LUCKY INC., a New York corporation d/b/a THE KING KARAOKE; GUNHA SONG, an individual; NORAE HAHNUN JIB CORP., a New York corporation d/b/a OPEN KARAOKE; DONG HYUN HA, an individual; BIZMAX NY, Inc., a New York<br><br>　　　　Defendants. | Case No.: 1:19-cv-02431-AJN<br><br>**ORDER FOR PLAINTIFF'S LETTER MOTION TO COMPEL FILED JANUARY 22, 2020 [Dkt. No. 72]**<br><br>Complaint Filed: March 19, 2019 |

**Order**

Before the Court is a Motion to Compel Discovery by Plaintiff, Elohim EPF USA, Inc. ("Elohim") (the "Motion). After consideration of the briefs and oral argument, and all other matters presented to the Court. **IT IS HEREBY ORDERED THAT:** The Motion is granted as follows:

Defendants, 163 D & Y Corp., D/B/A Flower Karaoke, Anthony Kim, David Rhee, Dong Hyun Ha, Eunsik Sun, Y & P Bayside, Corp., D/B/A Happy Karaoke, Harmony Karaoke KTV, Inc. D/B/A Harmony Karaoke, Hyun Hak Yi, Joseph N. Zoino, Place of Happy & Lucky Inc. D/B/A The King Karaoke, Kyung A. Chung, Kyung Soon Nam, Musicbox KTV, Inc., D/B/A Music Box K-TV, SS Noblesse House, Inc. D/B/A Noblesse House, Phil Sook Cho, G S Global Corp D/B/A Red, Sagwa Namoo, Inc. D/B/A Sagwa Namoo, and YS2 Enterprises, Inc. D/B/A CEO Business Club (collectively "Defendants") failure to respond to Elohim's Request for Admissions, Special Interrogatories, Request for Production of Documents and Requests For Entry Upon Land and Inspection was without justification and all objections are therefore waived.

Accordingly, Defendants are ordered to:

1. Serve full and complete responses, without objection, to Elohim's Requests for Admission within thirty (30) days of this Order;
2. Serve full and complete responses, without objection, to Elohim's Requests for Production of Documents within thirty (30) days of this Order;
3. Produce all responsive documents requested in Elohim's Requests for Production of Documents, without objection, within forty-five (45) days of this Order.

4. The Entity Defendants (163 D & Y Corp., D/B/A Flower Karaoke, Y & P Bayside, Corp., D/B/A Happy Karaoke, Harmony Karaoke KTV, Inc. D/B/A Harmony Karaoke, Place of Happy & Lucky Inc. D/B/A The King Karaoke, Musicbox KTV, Inc., D/B/A Music Box K-TV, SS Noblesse House, Inc. D/B/A Noblesse House, G S Global Corp D/B/A Red, Sagwa Namoo, Inc. D/B/A Sagwa Namoo, and YS2 Enterprises, Inc. D/B/A CEO Business Club) must within ten (10) days of this Order provide proposed dates upon which they will make their business premises available for inspection in accordance with Plaintiff's Requests For Entry Upon Land. Notwithstanding the foregoing, all inspections must be completed by no later than March 31, 2020.

5. Soo Hyun Kim, a partner of the law firm of Kim & Cha, LLP, shall pay sanctions to Plaintiff in the amount of $750 to compensate Plaintiff for the reasonable expenses associated with compelling this discovery. These sanctions must be paid to Plaintiff's counsel within ten (10) days of this Order.

**IT IS SO ORDERED.**

Dated: February 11, 2020

_____
Hon. Stewart D. Aaron
Magistrate Judge