USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/14/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

          Plaintiff,

–v–

162 D & Y Corp., *et al.*,

          Defendants.

19-cv-2431 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    In light of the fact that not all Defendants have been served with the Amended Complaint, *see* Dkt. No. 106, and Plaintiff's motion to strike Defendants' answer remains pending, *see* Dkt. No. 102, the Court hereby adjourns the post-discovery conference scheduled for May 15, 2020. The Court will resolve Plaintiff's motion to strike in due course.

    SO ORDERED.

Dated: May 14, 2020
       New York, New York

                                          ALISON J. NATHAN
                                          United States District Judge