```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/19/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

                           Plaintiff,

      -against-

162 D & Y Corp. et al.,

                          Defendants.

1:19-cv-02431 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

On May 6, 2018, attorney Soo Hyun Kim filed a Notice of Withdrawal of Counsel stating that attorney Sanghoon Lee is no longer counsel for "Defendants." (Notice, ECF No. 108.) The Court construes this as a motion for Mr. Lee to withdraw. Despite conflicting information on the docket, it appears that Mr. Lee previously was employed as an associate at the law firm of Kim & Cha, LLP, where Mr. Kim is a partner. (*See* Kim Decl., ECF No. 112, ¶¶ 1, 8, 10 (referring to associate previously assigned to this matter).) However, before the Court will grant the motion, Mr. Kim must clarify whether his firm continues to represent each of the Defendants represented by Mr. Lee. The Court notes that, in his recent Declaration, Mr. Kim identifies the group of defendants he represents, which does not include three individuals for whom he is listed as attorney of record on the docket, along with Mr. Lee. (*Compare* Kim Decl. ¶ 1 *with* Answer, ECF No. 12, and Lee Notice of Appearance, ECF No. 22.) Those defendants are: Anthony Kim, Kyung Chung and Eunsik Sun. Similarly, the law firm of Rivkin Radler LLP has appeared on behalf of the Defendants identified by Kim in his Declaration, but not these three individuals. (*See* ECF Nos. 107, 109 & 110.)

Accordingly, it is hereby Ordered that, no later than Friday, June 26, 2020, Mr. Kim and/or Rivkin Radler shall file a letter indicating the status of their representation of these three individual defendants. By the same date, Mr. Kim shall update his contact information on ECF to reflect the most up-to-date information for his law firm. Thereafter, the Court will decide the pending motion to withdraw.

**SO ORDERED.**

DATED:   New York, New York
         June 19, 2020

_____
STEWART D. AARON
United States Magistrate Judge