Case 1:19-cv-02431-AJN-SDA   Document 126   Filed 07/02/20   Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/2/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

                Plaintiff,

      –v–

162 D & Y Corp., *et al.*,

                Defendants.

19-cv-2431 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      In Plaintiff's reply in further support of its motion to strike Defendants' answer, it clarifies that it requests that the answer be stricken with respect to Defendants Anthony Kim, Yinghua Huang, Eunsik Sun, and Kyung A. Chung, who, according to Plaintiff, had not then filed an opposition to the motion. Dkt. No. 113 at 3. This motion is denied with respect to Defendant Yinghua Huang, who has not filed an answer in this case. *See* Dkt. No. 12.

      Counsel for Defendants Anthony Kim, Eunsik Sun, and Kyung A. Chung now request that the Court allow these Defendants to join in the opposition to the motion to strike already filed in this case. *See* Dkt. Nos. 122, 124; *see also* Dkt. No. 111. In light of this request, the parties shall meet and confer and inform the Court by July 10, 2020 whether (1) Plaintiff continues to request that the answer be stricken with respect to these Defendants or whether it withdraws its motion, and (2) if it continues to request that the answer be stricken with respect to these Defendants, whether the parties agree that these Defendants may join in the opposition to the motion to strike already filed in this case.

      SO ORDERED.

Dated: July 2, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge