

11990 SAN VICENTE BOULEVARD
SUITE 300
LOS ANGELES, CALIFORNIA 90049
TEL 310.207.4558
FAX 424.256.2689
www.tessergrossman.com

September 24, 2020

**VIA ECF**
Honorable Alison J. Nathan, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square; Room 906
New York, NY  10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020
```

    Re:    **Elohim EPF USA, INC. vs. 162 D&Y Corp., et al.**
             **Civil Case No.: 1:19-cv-02431**

Dear Judge Nathan:

    This firm represents plaintiff Elohim EPF USA, Inc. ("Plaintiff") in the above-referenced action. Plaintiff withdraws the March 27, 2020 Motion to Strike (Dkt. No. 102).

    We appreciate your attention to this matter.

Respectfully submitted,

Robert Paredes
of TESSER | GROSSMAN, LLP

> Plaintiff's withdrawal of the March 27, 2020 Motion to Strike resolves Dkt. No. 102.
> SO ORDERED.
>
> /s/ Alison J. Nathan
> 9/28/2020