UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

                                     Plaintiff,

-against-

162 D & Y Corp. et al.,

                                     Defendants.

1:19-cv-02431 (AJN) (SDA)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that Plaintiff shall respond to the Letter Motion to re-open discovery (ECF No. 156) no later than Friday, June 11, 2021. The moving defendants shall file any reply no later than Friday, June 18, 2021.

    The parties are directed to appear for a telephone conference on Monday, June 28, 2021 at 2:00 p.m. EST to discuss the status of this action, including the Letter Motion to re-open discovery and Plaintiff's Letter seeking permission to file a motion for summary judgment. (Letter, ECF No. 155.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
                  June 4, 2021

_____
STEWART D. AARON
United States Magistrate Judge