```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/2/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

                        Plaintiff,

-against-

162 D & Y Corp. et al.,

                        Defendants.

1:19-cv-02431 (AJN) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

It is hereby Ordered that, no later than Wednesday, July 7, 2021, the Law Offices of Kim and Cha LLP shall file proof of service of their motion to withdraw and related papers (ECF Nos. 165, 166, and 167), along with a copy of this Order, to defendants Karaoke KTV, Inc., Joseph N. Zoino, Eunsik Sun, GS Global Corp., and David Rhee (hereinafter "Defendants") by first class mail to their last known addresses.

No later than Wednesday, July 21, 2021, Defendants shall file any response to the motion of their counsel to withdraw. Defendants shall provide a copy of any response to their current counsel and counsel shall file any response on ECF immediately upon receipt.

Defendants Karaoke KTV, Inc. and GS Global Corp. are hereby advised that a corporation cannot appear *pro se* in this Court. Thus, if Soo Hyun Kim is permitted to withdraw as counsel, and no successor counsel appears, a default judgment may be entered against them. *See, e.g., McFarlane v. Harry's Nurses Registry*, No. 17-CV-06350 (PKC) (PK), 2020 WL 1643781, at *15 (E.D.N.Y. Apr. 2, 2020) (corporate defendant's failure to obtain counsel is failure to "otherwise defend" under Federal Rule of Civil Procedure 55(a)). While the individual defendants, Joseph N. Zoino, Eunsik Sun and David Rhee, can proceed *pro se*, they still will be required to comply with

all Court orders and deadlines and failure to do so may result in the imposition of sanctions, <u>up to and including entry of a default judgment against them</u>.

**SO ORDERED.**

DATED:    New York, New York
         July 2, 2021

_____
STEWART D. AARON
United States Magistrate Judge