UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
Elohim EPF USA, Inc.,

                            Plaintiff,

        -against-

162 D & Y Corp. et al.,

                            Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/10/2021

1:19-cv-02431 (AJN) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

The parties are directed to appear for a telephone conference on Wednesday, September 15, 2021, at 12:00 p.m. to discuss Defendants' Letter Motion to compel. (*See* ECF No. 178.) At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

DATED:    New York, New York
          September 10, 2021

_____
STEWART D. AARON
United States Magistrate Judge