USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/15/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

                         Plaintiff,

-against-

162 D & Y Corp. et al.,

                         Defendants.

1:19-cv-02431 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

        Following a telephone conference with the parties, and for the reasons stated on the record, it is hereby Ordered that the Letter Motion by Defendants 162 D & Y Corp., Y & P Bayside Corp., Musicbox KTV, Inc., SS Noblesse House, Inc., Place of Happy & Lucky, Inc., YS2 Enterprises, Inc., Sagwa Namoo, Inc., Open Karaoke Corp., Whitestone Bell, Inc., Base Karaoke, Inc., Dong Hyun Ha, Phil Sook Cho, Hyun Hak Yi, Kyung Soon Nam, Anthony Kim, Kyung A. Chung, Ku Ho You, Winnie H. Chung, and Dong Hun Kim (the "Moving Defendants") to compel Plaintiff to produce and supplement certain discovery materials (ECF No. 178) is DENIED WITHOUT PREJUDICE.

        The parties are Ordered to meet and confer in good faith in an effort to resolve and/or narrow the disputes at issue. If the parties cannot agree, the Moving Defendants may file a motion to compel specific discovery in accordance with my Individual Practices.

SO ORDERED.

DATED:       New York, New York
                    September 15, 2021

_____
STEWART D. AARON
United States Magistrate Judge