```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Elohim EPF USA, Inc.,

                             Plaintiff,

    -against-

162 D & Y Corp. et al.,

                            Defendants.

1:19-cv-02431 (AJN) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    It is hereby Ordered that, no later than October 7, 2021, attorneys Soo Hyun Kim and Sanghoon Lee shall comply with the Court's August 27, 2021 Order requiring them to serve defendant Eunsik Sun, with a copy of that Order. (8/27/2021 Order, ECF No. 177.) Attorneys Kim and Lee also shall serve defendant Sun with a copy of this Order and, no later than Friday, October 8, 2021, shall file on the docket proof of service of both Orders reflecting the address where service was made.

    A copy of this Order will be emailed to attorneys Kim and Lee by Chambers.

**SO ORDERED.**

DATED:     New York, New York
                September 30, 2021

_____
STEWART D. AARON
United States Magistrate Judge