UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELOHIM EPF USA, INC,

                Plaintiff,                19-cv-2431 (PKC)

    -against-                      ORDER

162 D & Y CORP., et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Final Pretrial Conference is adjourned to December 6, 2022 at 3 p.m.

        SO ORDERED.

                                              P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
          September 13, 2022