UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Elohim EPF USA, Inc.,

                Plaintiff,                19-cv-2431 (PKC)

    -against-                      ORDER

162 D & Y Corp, et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The trial of this action will commence on July 6, 2023 at 10:00 a.m. in Courtroom 11D, 500 Pearl Street, New York, NY 10007.

        SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       March 23, 2023