**TESSER | GROSSMAN LLP**
11990 San Vicente Boulevard, Suite 300
Los Angeles, California 90049
Telephone: (310) 207-4558
BRANDON M. TESSER (SBN 168476)
brandon@tessergrossman.com
Attorneys for Plaintiff
ELOHIM EPF USA, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ELOHIM EPF USA, INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>162 D & Y CORP., a New York corporation d/b/a FLOWER KARAOKE, *et al.*<br><br>　　　　Defendants. | Case No.: 1:19-cv-02431-AJN<br><br>**REQUEST FOR JUDICIAL NOTICE**<br><br>Date: July 14, 2023<br>Time: 10:00 a.m.<br>Dept.: 11D |

## REQUEST FOR JUDICIAL NOTICE

In accordance with Federal Rule of Evidence 201, Elohim EPF USA, Inc. ("Elohim") respectfully requests that this Court, in consideration of Elohim's Trial Brief, take judicial notice of the information contained in the exhibits attached hereto.

**Exhibit 1**:   A true copy of the October 1, 2015 Order re Concurrent Motions for Summary Judgment in *Elohim EPF USA, Inc. v. Total Music Connection, Inc.* Case No. 2:14-CV-2496 BRO (Ex) by Judge Beverly Reid O'Connell in the United

-1-
**REQUEST FOR JUDICIAL NOTICE**

States District Court for the Central District of California.

**Exhibit 2**: A true copy of the February 8, 2018 Order re Concurrent Motions for Summary Judgment in *Beom Su Lee v. eBay et al.* Case No. 2:17-CV-05179-SVW-E by Judge Stephen V. Wilson in the United States District Court for the Central District of California.

**Exhibit 3**: A true copy of the June 15, 2023 Order Granting Plaintiff's Motion for Partial Summary Judgment in *Elohim EPF USA, Inc. v. 600 N. Vermont Inc., et al* Case No. CV 22-7516-MWF (KSx) by Judge Michael W. Fitzgerald in the United States District Court for the Central District of California.

Courts may take judicial notice of a document filed in another court. *Global Network Communications, Inc. v. City of New York*, 458 F.3d 150, 157 (2d. Cir. 2006); *Citing Int'l Star Class Yacht Racing Ass'n v. Tommy Hilfiger U.S.A., Inc.*, 146 F.3d 66, 70 (2d Cir. 1998).

For the foregoing reasons, Elohim respectfully requests that the Court take judicial notice of Exhibits "1," "2," and "3" attached hereto.

DATED: June 23, 2023         TESSER | GROSSMAN LLP

By:_____
   BRANDON M. TESSER
   ROBERT PAREDES
   Attorneys for Plaintiff
   ELOHIM EPF USA, INC.