UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELOHIM EPF USA, INC.,

                Plaintiff,                19-cv-2431 (PKC)

    -against-                          ORDER

162 D & Y CORP. d/b/a FLOWER KARAOKE,
et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Plaintiff shall submit its post-trial memorandum and proposed Findings of Fact and Conclusions of Law by August 8, 2023. Defendants shall submit their post-trial memorandum and proposed Findings of Fact and Conclusions of Law by August 29, 2023. The post-trial memoranda shall not exceed 25 pages. In addition to filing on ECF, the parties shall email their post-trial submissions to the Chambers inbox in Microsoft Word format.

        SO ORDERED.

                                                  P. Kevin Castel
                                         United States District Judge

Dated: New York, New York
       July 18, 2023