UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELOHIM EPF USA, INC.,

                Plaintiff,                19-cv-2431 (PKC)

     -against-                     ORDER

162 D & Y CORP. d/b/a FLOWER KARAOKE,
et al.,

                Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       For the reasons stated on the record on July 14, 2023, plaintiff's claims against defendants Whitestone Bell, Inc. d/b/a I Luv Luxury Room, Winnie H. Chung and Kyung A. Chung are dismissed with prejudice.

       SO ORDERED.

                                        P. Kevin Castel
                                  United States District Judge

Dated: New York, New York
       July 18, 2023