UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELOHIM EPF USA, INC.,

                Plaintiff,                19-cv-2431 (PKC)

      -against-               FINAL JUDGMENT

162 D & Y CORP. d/b/a Flower Karaoke, DONG
HYUN HA, Y & P BAYSIDE CORP. d/b/a
Happy Karaoke, PHIL SOOK CHO, SING SING
BELL, INC. d/b/a Christmas Karaoke, JIN E.
AN, MUSIC BOX KTV, INC. d/b/a Music Box
K-TV, ANTHONY KIM, M & S MUSIC
STUDIO, INC. d/b/a Gagopa Karaoke, HYE
KYUNG HAN, SS NOBLESS HOUSE, INC.
d/b/a Noblesse House, YINHUA HUANG,
PLACE OF HAPPY & LUCKY INC. d/b/a The
King Karaoke, NORAE HAHNUN JIB CORP.
d/b/a Open Karaoke, BIZMAX NY, INC. d/b/a
WOW Karaoke, LI BEOM KIM, SWEETIE &
VIP, INC. d/b/a I Luv Luxury Room, YS2
ENTERPRISES, INC. d/b/a CEO Business Club,
HYUAN HAK YI, GS GLOBAL CORP d/b/a
Red, SAGWA NAMOO, INC. d/b/a Sagwa
Namoo, KYUNG SOON NAM, OPEN
KARAOKE CORP. d/b/a Open Karaoke, KU HO
YOU, DONG HUN KIM, and BASE
KARAOKE, INC. d/b/a Base Karaoke,

                Defendants.
------------------------------------------------------------x

        It is Ordered, Judged and Decreed that:

I.      DAMAGES

        A.      Elohim shall have and recover damages from 162 D & Y Corp. d/b/a

               Flower Karaoke and Dong Hyun Ha, jointly and severally, in the

               amount of $10,500.

        B.      Elohim shall have and recover damages from Y & P Bayside Corp.

- 2 -

        d/b/a Happy Karaoke and Phil Sook Cho, jointly and severally, in the amount of $10,500..

C.    Elohim shall have and recover damages from Musicbox KTV, Inc. d/b/a Music Box K-TV and Anthony Kim, jointly and severally, in the amount of $10,500.

D.    Elohim shall have and recover damages from SS Noblesse House, Inc. d/b/a SS Noblesse House and Yinhua Huang, jointly and severally, in the amount of $10,500.

E.    Elohim shall have and recover damages from Place of Happy and Lucky d/b/a The King Karaoke in the amount of $7,000.

F.    Elohim shall have and recover damages from YS2 Enterprises, Inc. d/b/a CEO Business Club and Hyun Hak Yi , jointly and severally, in the amount of $3,500.

G.    Elohim shall have and recover damages from Sagwa Namoo, Inc. d/b/a Sagwa Namoo and Kyung Soon Nam, jointly and severally, in the amount of $3,500.

H.    Elohim shall have and recover damages from Base Karaoke, Inc. d/b/a K-2 Karaoke f/k/a Base Karaoke and Dong Hun Kim, jointly and severally, in the amount of $10,500.

I.    Elohim shall have and recover damages from Open Karaoke Corp. d/b/a Yulrin Karaoke a/k/a Open Karaoke and Ku Ho You, jointly and severally, in the amount of $10,500.

J.    Elohim shall have and recover damages from Sing Sing Bell, Inc. d/b/a

- 3 -

       Christmas Karaoke and Jin E. An, jointly and severally, in the amount of $10,500.

K.    Elohim shall have and recover damages from Bizmax NY, Inc. d/b/a Wow Karaoke and Ki Beom Kim, jointly and severally, in the amount of $10,500.

L.    Elohim shall have and recover damages from M & S Music Studio, Inc. d/b/a Gagopa Karaoke and Hye Kyung Han, jointly and severally, in the amount of $10,500.

M.    Elohim shall have and recover damages from Norae Hahnun JIB d/b/a Open Karaoke in the amount of $14,000.

N.    Elohim shall have and recover damages from Sweetie & VIP, Inc. d/b/a I Luv Luxury Room in the amount of $14,000.

O.    Elohim shall have and recover damages from G S Global Corp. d/b/a Red in the amount of $14,000.

II.    POST-JUDGMENT INTEREST

A.    Elohim shall have and recover post-judgment interest on the damages referenced in section I.A. through I.O. above. Interest shall be "calculated from the date of the entry of the judgment, at a rate equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment." 28 U.S.C. § 1961. Post-judgment interest shall accrue from the date the judgment is signed until the date the judgment is satisfied.

- 4 -

III. <u>ATTORNEYS' FEES AND COSTS</u>

    A. Any award of attorneys' fees is subject to Elohim's anticipated 17 U.S.C. § 505 motion for an award of reasonable attorneys' fees and costs.

IV. <u>PERMANENT INJUNCTION</u>

    A. Defendants are enjoined from publicly performing the Disputed Works and they are enjoined from publicly displaying their lyrics.

V. <u>RETENTION OF JURISDICTION</u>

    A. Jurisdiction of this matter is retained for the purposes of enabling any of the parties to this Final Judgment to make application to the Court for such further orders and directions as may be necessary or appropriate in relation to the construction of or carrying out of this Final Judgment, for the modification thereof, for the enforcement of compliance therewith, and for the punishment of violations thereof.

_____
P. Kevin Castel
United States District Judge

Dated:    New York, New York
           January 23, 2024