UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

ELOHIM EPF USA, INC.

                              Plaintiff,      19-cv-2431 (PKC) (SDA)

      - against -                  **SATISFACTION OF JUDGMENT**

162 D & Y CORP. d/b/a Flower Karaoke, et al.

                             Defendant.
------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 23rd day of January, 2024 in favor of Elohim EPF USA, Inc. and against YS2 Enterprises, Inc. d/b/a CEO Business Club and Hyun Hak Yi, jointly and severally, in the amount of $3,500 and said judgment having been fully paid, it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: August 7, 2024

                                       TESSER | GROSSMAN LLP

                                       By: _____
                                       Robert Paredes
                                       Attorneys for ELOHIM EPF USA, INC.
                                       11990 San Vicente Blvd, Suite 300
                                       Los Angeles, California 90049

# CALIFORNIA CERTIFICATE OF ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California )

County of LOS ANGELES )

On AUGUST 7TH, 2024 before me, J SCOTT BERGMAN, Notary Public,
(here insert name and title of the officer)

personally appeared Robert Paredes ,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____

(Seal)

J SCOTT BERGMAN
COMM. #2467584
Notary Public - California
Los Angeles County
My Comm. Expires Nov. 18, 2027

## Optional Information

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

containing _____ pages, and dated _____

The signer(s) capacity or authority is/are as:
- [ ] Individual(s)
- [ ] Attorney in Fact
- [ ] Corporate Officer(s) _____
  title(s)
- [ ] Guardian/Conservator
- [ ] Partner - Limited/General
- [ ] Trustee(s)
- [ ] Other

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

Method of Signer Identification

Proved to me on the basis of satisfactory evidence
( ) form(s) of identification  ( ) credible witness(es)

Notarial event is detailed in notary journal on:
Page #  _____   Entry # _____

Notary contact: _____

Other
[ ] Additional Signer(s)   [ ] Signer(s) Thumbprint(s)
[ ]

# **CERTIFICATE OF SERVICE**

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

ELOHIM EPF USA, INC. v. 162 D&Y CORP, et al.

CASE No: 1:19-cv-02431-(PKC)(SDA)

The undersigned hereby certifies that on the 24th day of September 2024, true and certified copies of the following documents were served upon listed defendants:

1. SATISFACTION OF JUDGMENT

Hyun Hak Yi
YS2 Enterprises, Inc. d/b/a CEO Business Club
154-05 Northern Boulevard, 2nd Floor,
Flushing, New York 11354
*Defendant*

**[X] BY MAIL:** I am readily familiar with my firm's or other business' practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence would be deposited with the United States Postal Service that same day. I placed true copies of the above-entitled document in envelopes addressed as shown above and sealed and placed them for collection and mailing on the date stated above, following ordinary business practices.

**[ ] BY ELECTRONIC SERVICE:** I caused the above-entitled document(s) to be served via automated ECF electronic service to the addressee(s) as listed above.

_____
Jill Darwish